IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

MELVIN JAMES JACKSON,　　　　:
　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiff　　　　:
　　　　　　　　　　　　　　　　:
　　　　VS.　　　　　　　　　　:
　　　　　　　　　　　　　　　　:
Nurse PEGGY CHESTER,　　　　　:　　NO. 1:06-cv-168 (WLS)
　　　　　　　　　　　　　　　　:
　　　　　　　Defendant.　　　　:

**O R D E R**

On or about December 19, 2006, plaintiff, then an inmate at the Dougherty County, Georgia Jail, filed the instant § 1983 complaint which appears to be his twenty-fifth such complaint filed in this court since 1991. On December 26, 2006, the Court received a letter from the plaintiff in which he advised that his current address was now at Coastal State Prison. Also contained within the letter from plaintiff is the following: "Also I wont Dismiss to Civil Complaint against Peggy Chester, Nurse at the Dougherty Jail Facility."

At this point the Court is unable to determine whether plaintiff is stating that he wants to dismiss his complaint against the defendant or is indicating that he will not dismiss the complaint. Plaintiff is hereby directed to advise the court in writing within twenty (20) days of the date of this order whether he wishes to dismiss the instant complaint or wishes to proceed thereon. In the event that plaintiff fails to respond to this order in a timely fashion it will be assumed that he wishes to dismiss the complaint and the undersigned will recommend same to the District Judge.

SO ORDERED, this 27th day of December 2006.

*Richard L .Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE