IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

MELVIN JAMES JACKSON,                       :
                                            :
            Plaintiff                       :
                                            :
                                            :
    VS.                                     :        **1 : 06-CV-168 (WLS)**
                                            :
Nurse PEGGY CHESTER,                        :
                                            :
                                            :
            Defendant.                      :
_____

## RECOMMENDATION

Presently pending in this action brought pursuant to § 1983 is the plaintiff's Motion to

Dismiss. On December 27, 2006, the court issued an order seeking to clarify the plaintiff's

somewhat unclear intentions as to the dismissal of this lawsuit, inasmuch as the pending motion

to dismiss was based on plaintiff's letter to the court dated December 26, 2006, which contained

a statement appearing to seek dismissal. In response to the court's December 27, 2006, letter, the

plaintiff has indicated that he wishes to prosecute this action. Accordingly, it is the

recommendation of the undersigned that the plaintiff's Motion to Dismiss be **DENIED** at this

time. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this

recommendation with the Honorable W. Louis Sands, United States District Judge, WITHIN

TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 25th day of June, 2007.

                                             /s/ ***Richard L. Hodge***_____
                                            RICHARD L. HODGE
                                            UNITED STATES MAGISTRATE JUDGE